In the Matter of ROXROY R., a Person Alleged to be a Juvenile Delinquent, Appellant. [954 NYS2d 869]

The disposition was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection, and was a proper exercise of discretion (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). The underlying

incident was serious and violent, and the length and conditions of probation were not unduly punitive. Concur—Gonzalez, P.J., Mazzarelli, Acosta and Román, JJ.